IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: 24-cv-03582-CNS-STV | Date: May 8, 2025 |
|---|---|
| Courtroom Deputy: Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| AMERICAN BUILDERS INSURANCE COMPANY<br>**Plaintiff** | *Erin Morris* |
| v. | |
| KINSALE INSURANCE COMPANY<br>**Defendant** | *Jordan Quick* |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session: 2:02 p.m.

Appearance of counsel.

Argument as to [17] Kinsale Insurance Company's Motion to Dismiss Certain Claims Asserted in Plaintiff's Complaint given by Ms. Quick and Ms. Morris with questions from the Court.

As outlined on the record, it is

**ORDERED:** [17] Kinsale Insurance Company's Motion to Dismiss Certain Claims Asserted in Plaintiff's Complaint is GRANTED in part and DENIED in part; claim number two, contractual subrogation, is dismissed; remaining claims remain.

**Settlement Conference with the Magistrate Judge is authorized.**

Court in Recess: 2:44 p.m.    Hearing concluded.    Total time in Court: 00:42